IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:11CR406-MOC-DSC |
|---|---|---|
| | ) | |
| v. | ) | WITHDRAWAL OF WRIT OF |
| | ) | HABEAS CORPUS |
| | ) | AD PROSEQUENDUM |
| RASHAWN PRIOLEAU | ) | |
| | ) | |

TO:  U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina

TO:  Chief Jailer, Tabor Correctional Institution, PO Box 730, 4600 Swamp Fox Hwy West, Tabor City, North Carolina 28463

GREETINGS :

   IT IS ORDERED that the previously issued Writ of Habeas Corpus Ad Prosequendum for the body of Rashawn Prioleau, **(Identifying Information: OPUS # 0929745)**, now detained in the Tabor Correctional Institution, ordering that he be brought forthwith, under safe and secure conduct before the United States Magistrate Judge David S. Cayer of the United States District Court in and for the Western District of North Carolina, at the courtroom in the City of Charlotte, North Carolina, FORTHWITH (on or before1/26/12 at 9:50 a.m.), is  WITHDRAWN.

   SO ORDERED.

   Signed: January 23, 2012

   David S. Cayer
   United States Magistrate Judge