UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00406-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **RASHAWN PRIOLEAU,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion Pursuant to Federal Rules of Civil [Criminal] Procedure Rule 36. In his pro se motion, defendant contends that the sentence of imprisonment included in the Judgment is inconsistent with the sentence announced in court. Comparison of the transcript (#28) of the sentencing hearing with the Judgment (#23) reveals that defendant is incorrect as the sentence included in the Judgment is precisely the sentence handed down in court. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion Pursuant to Federal Rules of Civil [Criminal] Procedure Rule 36 (#26) is **DENIED**.

Signed: March 20, 2015



Max O. Cogburn Jr.
United States District Judge